UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**EMANUEL FLORES.**             **JURY TRIAL DEMANDED**

        **Plaintiff,**

        v.             NO. 2:21-cv-01469-WB

**CITY OF PHILADELPHIA, ET AL.,**

        **Defendants.**

## *STIPULATION*

Is it hereby Stipulated by and between counsel for Plaintiff and Defendants that the John Doe Correctional Officer, named in Plaintiff's Complaint, shall be substituted with the proper-named party, Gerald Slory, Correctional Officer. This amendment shall relate back to the original date of filing of Plaintiff's Complaint, March 29,2021. The caption of the action shall now read as follows: ***Emanuel Flores a/k/a Esmanuel Flores, et al v. City of Philadelphia, Blanche Carney, Bruce Herdman, Nancy Gianetta, Robert Rose, Jessica Bowers, Romica Tita, Derrick Hastings, Correctional Sergeant Lebesco and Gerald Slory.***

ROSENBAUM & ASSOCIATES        CITY OF PHILADELPHIA

CHRISTOPHER R. DURSO,        MATTHEW KEVIN HUBBARD,
Attorney for Plaintiff        Attorney for Defendants

Date:  9/8/21        Date: 9/8/21