**ROSENBAUM & ASSOCIATES, P.C.**
ATTORNEYS AT LAW
1818 MARKET STREET
SUITE 3200
PHILADELPHIA, PA 19103-3611
_____

(215) 569-0200
FAX (267)930-7225

Christopher R. Durso, Esquire
cdurso@rosenbaumfirm.com

Tracy Palamone, Paralegal
tpalamone@rosenbaumfirm.com

November 16, 2021

The Honorable Wendy Beetlestone
United States District Court
Eastern District of Pennsylvania
10614 United States Courthouse
601 Market Street
Philadelphia, PA 19106

   **RE:** *Emanuel Flores v. City of Philadelphia, et al*
      *USDC 2:21-cv-01469-WB*

Dear Judge Beetlestone:

 I am writing to advise Your Honor that the parties to the above matter have reached a settlement agreement,  It is anticipated that the Release and other closing papers will be exchanged within the next few weeks.

 Should Your Honor have any questions, please contact me.

 I thank you for your courtesies.   .

              Very truly yours,

              CHRISTOPHER R. DURSO

CRD/tp
.